■ In the Matter of John A. Sabatino, Appellant, v Christine M. Ausman, Respondent, et al., Respondent. [17 NYS3d 355]—Appeal from an order of the Family Court, Oneida County (Joan E. Shkane, J.), entered June 10, 2014 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

Now, upon reading and filing the stipulation of discontinuance signed by appellant on June 2, 2015, by the attorneys for the parties on June 2 and 16, 2015, and by the Attorney for the Child on June 9, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

■ Treva Childs, Appellant, v Sharon Stern-Gerstman, Respondent, et al., Defendant. [17 NYS3d 356]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered March 29, 2014. The order, among other things, denied the motion of plaintiff for partial summary judgment against defendant Sharon Stern-Gerstman.

Now, upon reading and filing the stipulation of withdrawal signed by the attorneys for the parties on September 2, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.

■ Travelers Casualty and Surety Company, Formerly Known as the Aetna Casualty and Surety Company and Another, as Successor in Interest to Gulf Insurance Company, Respondents, v Corning Incorporated, Formerly Known as Corning Glass Works, et al., Appellants, et al., Counterclaimant. [17 NYS3d 357]—Appeal from a judgment (denominated order) of the Supreme Court, Steuben County (Matthew A. Rosenbaum, J.), entered September 22, 2014. The judgment, among other things, granted the motion of plaintiffs for partial summary judgment and denied the motion of defendants for partial summary judgment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.